# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147109-10 & (78)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re DORIS M. HEINZERLING LIVING
TRUST, NED HEINZERLING LIVING TRUST,
and NED AND DORIS HEINZERLING
CHILDREN'S TRUST, f/b/o ERIC E.
HEINZERLING.

_____

ERIC E. HEINZERLING,
      Petitioner-Appellant,

v

LYNN H. STINSON,
      Respondent-Appellee.

SC: 147109
COA: 299555
Oakland PC: 2005-297525-TV

_____/

ERIC E. HEINZERLING,
      Plaintiff-Appellant/
      Cross-Appellee,

v

JON B. MUNGER and
JON B. MUNGER, P.L.L.C.,
      Defendants-Appellees/
      Cross-Appellants.

SC: 147110
COA: 299557
Oakland PC: 2009-325549-CZ

_____/

On order of the Court, the application for leave to appeal the January 22, 2013 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013

p0923

Clerk